IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA, as subrogee )
of MEI Rigging & Crating, LLC )
doing business as A&A Transfer, )
                     )
       Plaintiff, )
                     )
       v. )           Civil Action No. 1:25-cv-2037 (RDA/WBP)
                     )
HEAVY HAUL EXPRESS LLC, *et al.,* )
                     )
       Defendants. )

## ORDER

This matter comes before the Court on U.S. Magistrate Judge William B. Porter's Report and Recommendation ("Report") (Dkt. 86) as well as Plaintiff's Motion for Default Judgment (Dkt. 56). Judge Porter recommends that the Court grant Plaintiff's Motion and enter default on Count 2 of the Complaint against Defendant ReliableTransport, LLC. Dkt. 86. The deadline for submitting objections to the Report was August 5, 2026. To date, no objections have been filed.

After reviewing the record and Judge Porter's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 86).

Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 56) is GRANTED with respect to Count 2 and as to Defendant ReliableTransport, LLC; and it is

FURTHER ORDERED that default judgment is ENTERED in favor of Plaintiff and against Defendant ReliableTransport LLC on Count 2 of the Amended Complaint; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that the Clerk of the Court is DIRECTED to enter Rule 58 judgment in favor of Plaintiff and against Defendant ReliableTransport LLC for damages in the amounts of $175,569.03 plus post-judgment interest accruing from the date of judgment until paid at a rate of 4.03% compounded per annum.  This amount consists of: (i) damages of $158,532.25; and (ii) $17,036.78 in prejudgment interest; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes as the other Defendants were dismissed pursuant to a stipulation of dismissal on June 24, 2026 (Dkts. 84, 85).

IT IS SO ORDERED.

Alexandria, Virginia
August 12, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge

2